IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MARK BUETTNER, INDIVIDUALLY, AND AS NEXT FRIEND OF BAILEY BUETTNER, | § § § | |
| Plaintiff, | § § | |
| VS. | § | NO. 4:16-CV-157-A |
| USA GYMNASTICS, ET AL., | § § § | |
| Defendants. | § | |

FINAL JUDGMENT AS TO CERTAIN DEFENDANT

In accordance with the memorandum opinion and order of even date herewith,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiff, Mark Buettner, individually, and as next friend of Bailey Buettner, against defendant USA Gymnastics be, and are hereby, dismissed without prejudice.

SIGNED May 18, 2016.

_____
JOHN McBRYDE
United States District Judge