ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2017 APR 14 PM 4: 21

CLERK OF COURT

| | | |
|---|---|---|
| MARK BUETTNER, INDIVIDUALLY, | § | |
| AND AS NEXT FRIEND OF | § | |
| BAILEY BUETTNER, | § | |
| | § | CIVIL ACTION NO. 4:16-cv-157-A |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| USA GYMNASTICS, | § | |
| AMERICAN SPECIALTY INSURANCE | § | |
| & RISK SERVICES, INC., | § | |
| MUTUAL OF OMAHA INSURANCE CO., | § | |
| | § | |
| Defendants. | § | |

## JOINT NOTICE OF SETTLEMENT

NOW COME Plaintiff Mark Buettner, Individually and as Next Friend of Bailey Buettner ("Plaintiff") and Defendants American Specialty Insurance & Risk Services, Inc. ("Specialty") and Mutual of Omaha Insurance Co. ("Mutual of Omaha") (collectively "Defendants"), (collectively with Plaintiff, the "Parties") and file this Joint Notice of Settlement, and in support thereof respectfully show the Court as follows:

The Parties announce to the Court that they have reached an agreement in principle to settle their dispute. The Parties intend to have their settlement documented within fourteen (14) days including submission to the Court of a joint stipulation of dismissal. Accordingly, the Parties respectfully request that the Court remove this case from the April 24, 2017 trial docket.

WHEREFORE, PREMISES CONSIDERED, the Parties request this Court administratively close this case subject to the Parties' submission of a joint stipulation of dismissal within fourteen (14) days.

Respectfully submitted:

By: _____

JACKSON DAVIS
State Bar No. 24068540
jacksonbdavis@gmail.com

**THE DENT LAW FIRM**
1120 Penn Street
Fort Worth, Texas  76102
(817) 332-2889
(817) 332-5809 FAX
**ATTORNEY FOR PLAINTIFF**

By: _____

Richard A. Illmer
State Bar No. 10388350
Rick.illmer@huschblackwell.com
Chalon N. Clark
State Bar No. 24050045
Chalon.clark@huschblackwell.com

**HUSCH BLACKWELL L.L.P.**
2001 Ross Avenue, Suite 2000
Dallas, Texas  75201
(214) 999-6100
(214) 999-6170 *facsimile*
**ATTORNEYS FOR DEFENDANTS**