U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 17 2017

CLERK, U.S. DISTRICT COURT
By_____
       Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MARK BUETTNER, ET AL., | § |
| Plaintiffs, | § |
| VS. | § NO. 4:16-CV-157-A |
| USA GYMNASTICS, ET AL., | § |
| Defendants. | § |

FINAL JUDGMENT

Consistent with the discussion had and rulings made during the telephone conference/hearing with counsel for plaintiffs and defendants on the line, conducted on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiffs, Mark Buettner and Bailey Buettner, against defendants American Specialty Insurance & Risk Services, Inc., and Mutual of Omaha Insurance Co., be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party to this action is to bear the costs of court and attorney's fees incurred by such party.

SIGNED April 17, 2017.

_____
JOHN McBRYDE
United States District Judge